# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
MAY 1 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HERMENEGILDO PATLAN | § § | |
| VS. | § § | MISCELLANEOUS NO. B-00-019 |
| ARRESTING OFFICER, CHIEF OF POLICE E.P.D., FRED LEON, THE STATE OF TEXAS, ASSISTING OFFICERS | § § § § | |

## ORDER

Hermenegildo Patlan ("Patlan") has filed a pro se 42 U.S.C. § 1983 against The State of Texas and Edinburg police officers.

A review of this Complaint reflects that all of the activities complained of took place in Hidalgo County, Texas and all of the defendants reside in Edinburg, Hidalgo County, Texas, which is within the McAllen Division of the Southern District of Texas.

It also appears to this court that Patlan's Complaint may be barred by *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364 (1994).

This case is **ORDERED** transferred to the United States District Court for the Southern District of Texas, McAllen Division.

DONE at Brownsville, Texas, this 11th day of May, 2000.

Filemon B. Vela
United States District Judge